# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SARELDA JAMES

VERSUS

ALBERTSON'S COMPANIES LLC

NO.  2024 CW 0346

**JULY 15, 2024**

---

In Re:    Albertsons Companies, LLC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 693727.

---

**BEFORE:    WOLFE, HESTER, AND MILLER, JJ.**

**WRIT GRANTED.**  After conducting a de novo review of the evidence presented in this case, we conclude that plaintiff, who will bear the burden of proof at trial, failed to produce factual support sufficient to establish that there are no genuine issues of material fact as to each element of the liability of defendant, Albertson's Companies, LLC.  Accordingly, we reverse the trial court's March 19, 2024 ruling, which granted plaintiff's motion for partial summary judgment on liability and deny that motion.

**EW**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT